FILED
CLERK, U.S. DISTRICT COURT
9/11/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA MOSLEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. CV 19-6378 FMO (KSx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 11th day of September, 2019.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　United States District Judge